IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-00764-REB-MEH | Date: June 12, 2012 |
| Courtroom Deputy: Cathy Coomes | FTR – Courtroom A501 |

| | |
|---|---|
| BARBARA K. BISHOP, | Joel Cantrick |
| Plaintiff, | |
| v. | |
| COLORADO SPRINGS SCHOOL DISTRICT 11, | Brent Rychener |
| TOM STRAND, | |
| JAN TANNER, | |
| JOHN GUDVAGEN, | |
| CHARLES BOBBITT, | |
| SANDRA MANN, | |
| BOB NULL, and | |
| TAMI HASLING, | |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE**

**Court in session:     9:41 a.m.**

Court calls case. Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

Discussion regarding Plaintiff's claims, filing of an Amended Complaint, the Motions for Protective Order filed on 6/11/2012 and 6/12/2012, and Defendants' Motion to Dismiss. The Court will issue a separate order regarding the Motions for Protective Order.

**ORDERED:**   1.   The Defendants' Motion to Dismiss (Doc. #8, filed 5/11/2012) is DENIED as moot. Plaintiff shall file an Amended Complaint on or before **July 10, 2012.** Defendants' answer or other resopnse shall be filed on or before **July 30, 2012.**

              2.   A Scheduling Conference is set for **August 9, 2012, at 9:30 a.m.** (Counsel for the parties in this case are to hold a pre-scheduling conference meeting and jointly prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) on or before **July 19, 2012**. Pursuant to Fed. R. Civ. P. 26(d), no discovery shall be submitted until after the pre-scheduling conference meeting, unless otherwise ordered or

>directed by the Court.
>The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures V.L., **no later than five (5) business days** prior to the scheduling conference.  **The proposed Scheduling Order is also to be submitted in a useable format (<u>i.e., Word or WordPerfect only</u>) by email to Magistrate Judge Hegarty at** *Hegarty_Chambers@cod.uscourts.gov*.
>Parties not participating in ECF shall file their proposed Scheduling Order on paper with the clerk's office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to file the proposed scheduling order pursuant to the District of Colorado ECF Procedures.
>**The parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded from the Standardized Order Forms section of the Court's website, found at [http://www.cod.uscourts.gov/Forms.aspx](http://www.cod.uscourts.gov/Forms.aspx).**  All Scheduling Conferences held before a Magistrate Judge utilize the same scheduling order format, regardless of the District Judge assigned to the case.)

**Court in recess:**     **10:05 a.m.**     **(Hearing concluded)**
**Total time in Court: 0:24**