IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00764-REB-MEH

BARBARA K. BISHOP,

    Plaintiff,

v.

COLORADO SPRINGS SCHOOL DISTRICT 11,
TOM STRAND, in his individual and official capacities.
JAN TANNER, in her individual and official capacities,
JOHN GUDVAGEN, in his individual and official capacities,
CHARLES BOBBITT, in his individual and official capacities,
SANDRA MANN, in her individual and official capacities,
BOB NULL, in his individual and official capacities, and
TAMI HASLING, in her individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 14, 2012.**

    The Stipulated Motion for Order Requiring Disclosure and Permitting Use of Education Records, and for Protective Order [filed June 11, 2012; docket #16] is **granted**. The proposed Order is accepted and issued contemporaneously with this minute order.