# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 12-cv-00764-REB-MEH

BARBARA K. BISHOP,

Plaintiff,

v.

COLORADO SPRINGS SCHOOL DISTRICT 11,
TOM STRAND, in his official capacity,
TOM STRAND, individually,
JAN TANNER, in her official capacity,
JAN TANNER, individually,
JOHN GUDVANGEN, in his official capacity,
JOHN GUDVANGEN, individually,
CHARLES BOBBITT, in his official capacity,
CHARLES BOBBITT, individually,
SANDRA MANN, in her official capacity,
SANDRA MANN, individually,
BOB NULL, in his official capacity,
BOB NULL, individually,
TAMI HASLING, in her official capacity, and
TAMI HASLING, individually,

Defendants.

**ORDER**

**Michael E. Hegarty, United States Magistrate Judge**.

The Court, having reviewed the parties' Stipulated Motion for Order Requiring Disclosure and Permitting Use of Education Records, and for Protective Order, hereby enters the following Order:

I.  The parties may utilize in all aspects of this litigation, and the District shall disclose to Plaintiff, copies of all education records required to be disclosed under the Federal Rules of Civil Procedure ("FRCP").

II. Except as provided herein or as otherwise agreed upon by the parties or ordered by the Court, the District shall provide the records described in Paragraph I above in accordance with the timelines set forth in the FRCP. However, to provide adequate time for the District to notify parents of the disclosure as required by the Family Educational Rights and Privacy Act, the District shall have an additional seven days beyond such timeline in order to produce the records. The records shall also be produced to the Court as they are entered into evidence during the trial of this matter or as otherwise requested by the Court or deemed appropriate by the parties.

III. The records described above shall be produced, subject to the following protective order:

   A. Plaintiff shall not disclose the education records and information from the records to any third party with the exception of Plaintiff's counsel, her counsel's staff, her counsel's investigator, and her expert witness(es).

   B. Plaintiff's counsel, her counsel's staff, her counsel's investigator, and her expert witness(es) shall not disclose the education records and information from those records to any third party.

   C. Plaintiff, Plaintiff's counsel, her counsel's staff, her counsel's investigator, and her expert witness(es) shall not use the education records and information from those records for any purpose but this litigation.

   D. Plaintiff, Plaintiff's counsel, her counsel's staff, her counsel's investigator, and her expert witness(es) shall, at the conclusion of this litigation, destroy all copies of the

records disclosed pursuant to this Order, unless the records are necessary for an appeal, at which time the parties will make arrangements sufficient to protect student information from public disclosure.

DATED and ORDERED at Denver, Colorado, this 14th day of June, 2012.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge