IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00764-REB-MEH

BARBARA K. BISHOP,

    Plaintiff,

v.

COLORADO SPRINGS SCHOOL DISTRICT 11,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 6, 2012.**

    Plaintiff's unopposed Motion to Vacate Early Neutral Evaluation [filed September 5, 2012; docket #38] is **granted**. The Early Neutral Evaluation scheduled in this case for Wednesday, September 12, 2012, is **vacated**. The parties shall file dismissal papers or a joint status report on or before October 1, 2012.