**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00764-REB-MEH

BARBARA K. BISHOP,

    Plaintiff,

v.

COLORADO SPRINGS SCHOOL DISTRICT 11,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation for Dismissal** [#45] filed October 31, 2012.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal** [#45] filed October 31, 2012, is **APPROVED**;

2. That the Final Pretrial Conference/Trial Preparation Conference set for August 2, 2013, is **VACATED**;

3. That the jury trial set to commence August 19, 2013, is **VACATED**;

4. That this case is **DISMISSED WITH PREJUDICE** with the parties to pay their own costs and attorney fees.

Dated at Denver, Colorado, November 2, 2012.

                **BY THE COURT**:

                Robert E. Blackburn
                United States District Judge